*handwritten: Receipt # 11091884  $6.86*

# ZDARSKY, SAWICKI & AGOSTINELLI LLP

### ATTORNEYS AT LAW
### 404 CATHEDRAL PLACE
### 298 MAIN STREET
### BUFFALO, N.Y. 14202
### 716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

May 27, 2011

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

**Re: Patricia Bushley
Case No. 07-04950B**

Ladies and Gentlemen:

Enclosed is my check no. 10110 for $6.86, payable to the Clerk, representing the dividend(s) payable as follows, which are each less than $5.00:

| Claim No. | Creditor | Amount |
|---|---|---|
| 3 | American Infosource, etc. | $1.41 |
| 5 | GE Money Bank | $1.51 |
| 6 | GE Money Bank | $3.94 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

*[signature]*

Mark J. Schlant

Enclosure

